UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ECKERT COLD STORAGE COMPANY, a California corporation, <br><br> Defendant. | NO.  C18-385-MJP <br><br> JUDGMENT |

**Summary of Judgment**

| | |
|---|---|
| Judgment Creditor: | Northwest Administrators, Inc. |
| Judgment Debtor: | Eckert Cold Storage Company |
| Liquidated Damages | $1,027.90 |
| Interest through 4/13/18 | $48.34 |
| Attorneys Fees: | $925.70 |
| Costs: | $485.00 |
| Other Recovery Amounts: | NONE |
| Interest Rate on Costs: | NONE |
| Attorneys for Judgment Creditor: | Reid, McCarthy, Ballew & Leahy, L.L.P. |

THIS MATTER coming on for consideration upon Plaintiff's motion for judgment against the Defendant, Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., Defendant not being represented, and the Court having reviewed the records and file herein, including the affidavit of

Russell J. Reid and the exhibits thereto and the Declaration of James E. Helmers and the exhibits thereto in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff be and hereby is awarded judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff by Defendant for its inclusive employment of members of the bargaining unit represented by Local 601 with which the Defendant has a valid collective bargaining agreement and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the employment period December 2017: for liquidated damages of $1,027.90, for pre-judgment interest of $48.34, for attorneys' fees of $925.70, and for costs of $485.00; all for a total of $2,486.94.

JUDGMENT ENTERED this 14th day of June, 2018.

*[signature]*
Marsha J. Pechman
United States District Judge

Presented for Entry by:

*/s/Russell J. Reid*
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff